# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156086(65)

RITA KENDZIERSKI, BONNIE HAINES, GREG
DENNIS, LOUISE BERTOLINI, JOHN
BARKER, JAMES COWAN, VINCENT
POWIERSKI, ROBERT STANLEY, ALAN
MOROSCHAN, and GAER GUERBER, on
Behalf of Themselves and All Others Similarly
Situated,
        Plaintiffs-Appellees,

v

MACOMB COUNTY,
        Defendant-Appellant.
_____/

SC: 156086
COA: 329576
Macomb CC: 2010-001380-CK

On order of the Chief Justice, the motion of plaintiffs-appellees to file a response to the amicus brief filed by the State Bar of Michigan Public Corporation Law Section, the Michigan Municipal League, the Michigan Association of Counties, and the Michigan Townships Association is GRANTED. The response submitted on September 1, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2017

Clerk